UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                          )
TYLER, RODNEY ALAN                 )        BANKRUPTCY CASE 08-14067
TYLER, ANGELA KAY                   )        Chapter 7
                                                    )
        DEBTORS.                            )

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #1 | Lutheran Hospital of Indiana<br>P.O. Box 11729<br>Fort Wayne, IN  46860-1729 | $.38 |
| Claim #3 | Credit First NA<br>P.O. Box 818011<br>Cleveland, OH  44181 | $.31 |
| Claim #5 | FIA Card Services<br>American InfoSource, LP<br>P.O. Box 248809<br>Oklahoma City, OK  73124-8809 | $1.24 |
| Claim #6 | Chase Bank USA, NA<br>c/o Creditors Bankruptcy Services<br>P.O. Box 740933 | $.50 |
| Claim #8 | Chase Bank USA<br>c/o Weinstein & Riley, PS<br>P.O. Box 3978<br>Seattle, WA  98124-3978 | $1.18 |
| Claim #9 | Chase Bank USA<br>c/o Weinstein & Riley, PS<br>P.O. Box 3978<br>Seattle, WA  98124-3978 | $1.87 |
| Claim #10 | Indiana Pathology<br>c/o Snow & Sauerteig, LLP<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $.04 |

Total Check Amount =  $5.52

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana  46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of December 2009, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee